IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12–46–M–DLC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOSEPH MICHELE DERIUS PEASLEY, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on April 4, 2013.  Neither party objected and

therefore they are not entitled to de novo review of the record.  28 U.S.C. §

636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313

(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed."  United States v. Syrax, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Joseph Michele Derius Peasley's guilty plea after Peasley appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to the charge of being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1), as set forth in the Indictment. Defendant agrees to forfeit the firearm and ammunition listed in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (doc. 23), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Joseph Michele Derius Peasley's motion to change plea (doc. 15) is GRANTED.

DATED this 30th day of April, 2013.

Dana L. Christensen, Chief District Judge
United States District Court